470 A.2d 1028

Commonwealth v. Helterbran, Appellant.

Petition for Allowance of Appeal
Denied May 29, 1984.

Argued November 17, 1983. Michael A. McGinley, for appellant; Adam Bavolack, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.